UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2012 APR 24 AM 9:03

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LUIS RODRIGUEZ-DUARTE,

    Defendant.

CASE NO. 11cr2329 JM

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

8:1326(a)and(b)

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 4/20/2012

Jeffrey T. Miller
U.S. District Judge